

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00979-CR

Cathi Rae **QUINONEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 20-05-0092-CRA
Honorable Russell Wilson, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED. *See* TEX. R. APP. P. 25.2(d).

SIGNED January 17, 2024.

Irene Rios, Justice